UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>    Plaintiff,<br><br>    vs.<br><br>LISA P. JACKSON, Administrator,<br><br>    Defendant. | Case No: C 09-0152 SBA<br><br>**ORDER GRANTING MOTIONS TO INTERVENE**<br><br>Docket 15, 20 |

Having read and considered the unopposed motions to intervene filed by the Association of Battery Recyclers, Inc., and the American Forest & Paper Association, the Court finds that intervention is appropriate under Federal Rule of Civil Procedure 24(a). Accordingly,

IT IS HEREBY ORDERED THAT the motions to intervene filed by the Association of Battery Recyclers, Inc., (Docket 20) and the American Forest & Paper Association (Docket 15) are GRANTED. Each Intervener shall e-file their respective Answers within five (5) days of the date this Order is filed. The hearing on the motions scheduled for May 5, 2009 is vacated.

Dated: April 24, 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge