JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Attorney, U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:    (415) 744-6566
Fax:    (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Attorney for Defendant EPA*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>        Plaintiff,<br><br>    v.<br><br>LISA P. JACKSON, Administrator, United States Environmental Protection Agency,<br><br>        Defendant,<br><br>    and<br><br>AMERICAN FOREST & PAPER ASSOCIATION AND ASSOCIATION OF BATTERY RECYCLERS, INC.,<br><br>        Intervenor-Defendants. | Case No. 09-cv-00152 SBA<br><br>**PLAINTIFF AND DEFENDANT EPA'S SECOND STIPULATION TO CONTINUE ANSWER DEADLINE, INITIAL DISCOVERY, ADR REQUIREMENTS, AND CASE MANAGEMENT CONFERENCE**<br><br>**AND**<br><br>**ORDER THEREON** |

1  WHEREAS, on January 13, 2009, Plaintiff Sierra Club filed the complaint in the above-captioned matter against Defendant Lisa P. Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency (hereinafter "EPA"), alleging that EPA has failed to undertake certain nondiscretionary duties under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);

WHEREAS, on March 4, 2009, Plaintiff and EPA stipulated to extend EPA's time for responding to Plaintiff's complaint by 120 days to July 21, 2009; to continue initial discovery, ADR requirements, and settlement discussion until July 30, 2009; to extend the parties' deadline to file a Case Management Conference Statement to August 13, 2009; and to continue the Case Management Conference until August 26, 2009;

WHEREAS, in response to the parties' stipulation and to enable settlement, the Court, on March 4, 2009, continued the Case Management Conference to September 9, 2009;

WHEREAS, Plaintiff and EPA are currently involved in complex settlement negotiations, which include the negotiation of potential rulemaking deadlines for 26 categories of facilities, and have made significant progress;

WHEREAS, Plaintiff and EPA continue to seek to resolve this case through private settlement, thereby reducing litigation expenses and preserving the Court's resources;

WHEREAS, any final settlement of this case must be approved by authorized officials at the United States Department of Justice and EPA, a process that can take several weeks;

WHEREAS, at least 30 days before any final settlement of this matter can be entered, EPA must provide notice of such settlement in the Federal Register and an opportunity for public comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

WHEREAS, on April 24, 2009, this Court granted the motions to intervene by the Association of Battery Recyclers, Inc. and the American Forest & Paper Association;

WHEREAS, counsel for Intervenors have been contacted regarding this stipulation and their clients do not oppose the requested continuances;

NOW THEREFORE, Plaintiff and EPA, by and through their undersigned counsel, hereby stipulate to the following:

1. EPA's time for responding to Plaintiff's complaint is October 19, 2009;

2. The parties' deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection and certification, and discovery planning is continued until October 28, 2009;

3. The parties' deadline to file initial disclosures, a Case Management Statement, and a Rule 26(f) Report is continued until November 30, 2009;

4. The initial Case Management Conference is continued until December 9, 2009 or a date thereafter set by the Court.

**COUNSEL FOR PLAINTIFF:**

Dated: July 16, 2009

/s/ Emma C. Cheuse (with permission)
EMMA C. CHEUSE, appearing *Pro Hac Vice*
JAMES S. PEW, appearing *Pro Hac Vice*
Earthjustice
1625 Massachusetts Avenue, N.W., Suite 702
Washington, D.C. 20036
Tel:    (202) 667-4500
Email: echeuse@earthjustice.org
Email: jpew@earthjustice.org
*Attorneys for Plaintiff Sierra Club*

**COUNSEL FOR DEFENDANT:**

Dated: July 16, 2009

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Attorney, U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:    (415) 744-6566
Email: rochelle.russell@usdoj.gov
*Attorney for Defendant EPA*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for September 9, 2009 shall be CONTINUED to **December 9, 2009 at 2:30 p.m.**  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference  that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated: 7/17/09

_Saundra B Armstrong_

SAUNDRA BROWN ARMSTRONG

United States District Judge