JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Attorney, U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:    (415) 744-6566
Fax:   (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Attorney for Defendant EPA*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LISA P. JACKSON, Administrator, United States Environmental Protection Agency,<br><br>　　　　Defendant,<br><br>　　and<br><br>AMERICAN FOREST & PAPER ASSOCIATION AND ASSOCIATION OF BATTERY RECYCLERS, INC.,<br><br>　　　　Intervenor-Defendants. | Case No. 09-cv-00152 SBA<br><br>**PLAINTIFF AND DEFENDANT EPA'S STIPULATION TO CONTINUE ANSWER DEADLINE, INITIAL DISCOVERY, ADR REQUIREMENTS, AND CASE MANGEMENT CONFERENCE**<br><br>**AND**<br><br>**[PROPOSED] ORDER THEREON** |

1  WHEREAS, on January 13, 2009, Plaintiff Sierra Club filed the complaint in the above-captioned matter against Defendant Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency (hereinafter "EPA"), alleging that EPA has failed to undertake certain nondiscretionary duties under sections 112(d)(6) and 112(f)(2) of the Clean Air Act, 42 U.S.C. §§ 7412(d)(6), (f)(2), and section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2), and whereas Defendant Lisa P. Jackson has since replaced Stephen L. Johnson as the Defendant in her official capacity as Administrator, pursuant to Fed. R. Civ. P. 25(d);

WHEREAS, on March 4, 2009, Plaintiff and EPA stipulated to extend EPA's time for responding to Plaintiff's complaint to July 21, 2009; to continue initial discovery, ADR requirements, and settlement discussion until July 30, 2009; to extend the parties' deadline to file a Case Management Conference Statement to August 13, 2009; and to continue the Case Management Conference until August 26, 2009;

WHEREAS, in response to the parties' stipulation and to enable settlement, the Court, on March 4, 2009, continued the Case Management Conference to September 9, 2009;

WHEREAS, on July 17, 2009, the Court granted the parties' second stipulation (filed on July 16, 2009), extending EPA's time for responding to Plaintiff's complaint to October 19, 2009; the parties' deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection and certification, and discovery planning to October 28, 2009; the parties' deadline to file initial disclosures, a Case Management Statement, and a Rule 26(f) Report to November 30, 2009; and the initial Case Management Conference until December 9, 2009;

WHEREAS, Plaintiff and EPA continue to make significant progress in attempting to resolve the claims in this lawsuit, including the negotiation of potential rulemaking deadlines for 26 categories of facilities, but need additional time to try to reach a global settlement of all claims in this matter;

WHEREAS, Plaintiff and EPA continue to seek to resolve this case through settlement in the interest of efficiency, thereby reducing litigation time and expenses and preserving the Court's resources;

WHEREAS, any final settlement of this case must be approved by authorized officials at the United States Department of Justice and EPA, a process that can take several weeks;

WHEREAS, at least 30 days before any final settlement of this matter can be entered, EPA must provide notice of such settlement in the Federal Register and an opportunity for public comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

WHEREAS, counsel for Intervenors Association of Battery Recyclers, Inc. and the American Forest & Paper Association have been contacted regarding this stipulation and their clients do not oppose the requested continuances;

NOW THEREFORE, Plaintiff and EPA, by and through their undersigned counsel, hereby stipulate to the following:

1. EPA's time for responding to Plaintiff's complaint is January 29, 2010;

2. The parties' deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection and certification, and discovery planning is continued until February 10, 2010;

3. The parties' deadline to file initial disclosures, a Case Management Statement, and a Rule 26(f) Report is continued until February 24, 2010;

4. The initial Case Management Conference is continued until March 3, 2010 or a date thereafter set by the Court.

**COUNSEL FOR PLAINTIFF:**

Dated: October 15, 2009          /s/ Emma C. Cheuse (with permission)
                                 EMMA C. CHEUSE, appearing *Pro Hac Vice*
                                 JAMES S. PEW, appearing *Pro Hac Vice*
                                 Earthjustice
                                 1625 Massachusetts Avenue, N.W., Suite 702
                                 Washington, D.C. 20036
                                 Tel:   (202) 667-4500
                                 Email: echeuse@earthjustice.org
                                 Email: jpew@earthjustice.org

                                 SARAH H. BURT (Cal. Bar No. 250378)
                                 Earthjustice
                                 426 17th Street, 6th Floor
                                 Oakland, CA 94612
                                 Tel: (510) 550-6700
                                 Email: sburt@earthjustice.org

*Attorneys for Plaintiff Sierra Club*

**COUNSEL FOR DEFENDANT:**

Dated: October 15, 2009

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

 /s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Attorney, U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:    (415) 744-6566
Email: rochelle.russell@usdoj.gov
*Attorney for Defendant EPA*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

 The Case Management Conference currently scheduled for December 9, 2009 shall be CONTINUED to **March 10, 2010 at 2:30 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time. **No further extensions of the Case Management Conference or other deadlines will be considered by the Court absent notification of a settlement**.

Dated: October 19, 2009

SAUNDRA BROWN ARMSTRONG
United States District Judge

Stipulation to Continue Answer Deadline,
Initial Discovery, ADR Requirements,
and Case Management Conference                4                Case No. 09-cv-00152 SBA