IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Attorney, U.S. Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6566; Fax: (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Attorneys for Defendant Lisa P. Jackson, Administrator of EPA*

EMMA C. CHEUSE (Appearing *Pro Hac Vice*, D.C. Bar No. 488201 )
JAMES S. PEW (Appearing *Pro Hac Vice*, D.C. Bar No. 448830)
Earthjustice
1625 Massachusetts Avenue, N.W., Suite 702
Washington, D.C. 20036
Tel: (202) 667-4500; Fax: (202) 667-2356
Email: echeuse@earthjustice.org
Email: jpew@earthjustice.org

SARAH H. BURT (Cal. Bar No. 250378)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Email: sburt@earthjustice.org
*Attorneys for Plaintiff Sierra Club*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>    *Plaintiff*,<br> vs.<br><br>LISA P. JACKSON, Administrator, United States Environmental Protection Agency, in her official capacity,<br>    *Defendant.* | Case No. 09-cv-00152 SBA<br><br>**PLAINTIFF'S AND DEFENDANT EPA'S STIPULATION TO REFER CERTAIN MATTERS TO A MAGISTRATE JUDGE FOR FINDINGS AND RECOMMENDATIONS**<br><br>**AND**<br><br>**[PROPOSED] ORDER THEREON** |

Plaintiff's and Defendant EPA's Stipulation
To Refer Certain Matters to a Magistrate Judge
For Findings and Recommendations      1      Case No. 09-cv-00152 SBA

WHEREAS, on January 13, 2009, Plaintiff Sierra Club filed a complaint alleging that Defendant Lisa P. Jackson, Administrator of the United States Environmental Protection Agency ("EPA"), failed to meet certain alleged nondiscretionary duties under sections 112(d)(6) and 112(f)(2) of the Clean Air Act ("CAA"), 42 U.S.C. §§ 7412(d)(6) and (f)(2), concerning the review and revision of the National Emission Standards for Hazardous Air Pollutants ("NESHAPs") and the promulgation of residual risk standards for 28 source categories;

WHEREAS, concurrent with the filing of this Stipulation, Plaintiff and EPA have moved the Court to enter a proposed Consent Decree, that will, if entered, fully resolve Plaintiff's claims against EPA in this action, except as to the issues of costs of litigation and attorney fees;

WHEREAS, the proposed Consent Decree establishes deadlines by which the EPA Administrator must sign certain proposed and final actions for each of the 28 source categories pursuant to CAA sections 112(d)(6) and 112(f)(2); provides for negotiation of claims for costs of litigation, including reasonable attorney fees; and provides procedures for enforcement of and to resolve disputes regarding the proposed Consent Decree, among other things;

WHEREAS, paragraph 34 of the proposed Consent Decree provides that this Court shall retain jurisdiction over this matter to enforce the terms of the Consent Decree and to consider any requests for costs of litigation, including attorney fees;

WHEREAS, on July 14, 2010, EPA published the proposed Consent Decree for public comment in the Federal Register, 75 Fed. Reg. 40,827, as required by CAA section 113(g), 42 U.S.C. § 7413(g), and accepted comment through August 13, 2010;

WHEREAS, upon the Court's request, Plaintiff and EPA have conferred and agree that referral to a Magistrate Judge to make proposed findings of fact and recommendations to the Court concerning matters related to the enforcement of the terms of the Consent Decree, including requests for costs of litigation and attorney fees, is appropriate under Local Rule 72, Fed. R. Civ. P. 72(b), and 28 U.S.C. § 636(b)(3);

WHEREAS, as set forth below, such referral under Local Rule 72, Fed. R. Civ. P. 72(b), and 28 U.S.C. § 636(b)(3) would preserve the Court's jurisdiction to review the Magistrate Judge's findings and recommendations on any matters subject to dispute; the Magistrate Judge's

Plaintiff's and Defendant EPA's Stipulation
To Refer Certain Matters to a Magistrate Judge
For Findings and Recommendations 2 Case No. 09-cv-00152 SBA

1 decisions would be recommended, not final; any party would be able to object to the Magistrate
2 Judge's findings and recommendations; and the Court would review *de novo* any portion of the
3 Magistrate Judge's findings and recommendations to which a party objected specifically in
4 writing;

5     WHEREAS, Plaintiff and EPA consent to referral of this case for the above-described
6 purposes to a Magistrate Judge, but not to reassignment in full;

7     WHEREAS, Plaintiff and EPA have met and conferred with counsel for Defendant-
8 Intervenors, who have stated that their clients do not oppose the Stipulation as set forth below;

9     NOW THEREFORE, Plaintiff and EPA, by and through the undersigned counsel,
10 HEREBY AGREE AND STIPULATE as follows, subject to approval of the Court:

11     (1) Motions related to the enforcement of the terms of the Consent Decree, including
12 requests for costs of litigation and attorney fees, shall be referred to a Magistrate
13 Judge appointed by the Court for recommendation.

14     (2) The Magistrate Judge shall conduct hearings, including evidentiary hearings, and
15 submit proposed findings and recommendations to the Court, for rulings on any
16 motions related to enforcement of the terms of the Consent Decree, including costs of
17 litigation and attorney fees.

18     (3) Within 14 days after being served a copy of the Magistrate Judge's proposed findings
19 and recommendations, any party may file an objection to such proposed findings and
20 recommendations, pursuant to the procedures set forth in Local Rule 72-3. A party
21 may request any such objection be set for hearing. A party may respond to any such
22 objection within 14 days after being served a copy.

23     (4) The Court will make a *de novo* determination as to the portions of the Magistrate
24 Judge's findings and recommendations to which objection is made. The Court may
25 accept, reject, or modify, in whole or in part, the findings or recommendations made
26 by the Magistrate Judge. The Court may also receive further evidence or recommit
27 the matter to the Magistrate Judge with instructions.

28

Plaintiff's and Defendant EPA's Stipulation
To Refer Certain Matters to a Magistrate Judge
For Findings and Recommendations     3     Case No. 09-cv-00152 SBA

1  (5) In the absence of any timely objections, the Court may enter judgment in accordance with the Magistrate Judge's findings and recommendations.

Dated: September 27, 2010                Respectfully submitted,

/s/ Emma C. Cheuse (w/ permission)

EMMA C. CHEUSE
JAMES S. PEW
Earthjustice
1625 Massachusetts Avenue, NW, Suite 702
Washington, D.C. 20036
Tel: (202) 667-4500
Email: echeuse@earthjustice.org
Email: jpew@earthjustice.org

SARAH H. BURT
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Email: sburt@earthjustice.org
*Attorneys for Plaintiff Sierra Club*

IGNACIA S. MORENO
Assistant Attorney General

/s/ Rochelle L. Russell

ROCHELLE L. RUSSELL
Attorney, U.S. Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6566
Email: rochelle.russell@usdoj.gov
*Attorneys for Defendant EPA*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/30/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

Plaintiff's and Defendant EPA's Stipulation
To Refer Certain Matters to a Magistrate Judge
For Findings and Recommendations       4       Case No. 09-cv-00152 SBA