United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sierra Club, | No. C 09-0152 SBA (JL) |
| Plaintiff, | |
| v. | **NOTICE** |
| Lisa P. Jackson, et al., | |
| Defendants. | |
| _____/ | |

The Court received the stipulation and proposed order signed by the district court (Hon. Saundra Brown Armstrong) and entered at Docket Number 67. The order reads, in pertinent part:

"Motions related to the enforcement of the terms of the Consent Decree, including requests for costs of litigation and attorney fees, shall be referred to a Magistrate Judge appointed by the Court for recommendation.

The Magistrate Judge shall conduct hearings, including evidentiary hearings, and submit proposed findings and recommendations to the Court, for rulings on any motions related to enforcement of the terms of the Consent Decree, including costs of litigation and attorney fees."

Accordingly, the parties are hereby ordered to appear before this Court on November 10, 2010, at 10:30 a.m. for status conference, to establish a schedule for

1  briefing the issues referred by Judge Armstrong. One week before the status conference,
2  the parties shall file a joint proposal for briefing and hearing schedule, as well as
3  suggestions for alternative resolution of these issues, including mediation, if feasible.
4      IT IS SO ORDERED.
5  DATED: October 7, 2010.

                        JAMES LARSON
                United States Magistrate Judge

G:\JLALL\CASES\CIV-REF\09-0152\notice re 67.wpd