IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Attorney, U.S. Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6566; Fax: (415) 744-6476
Email: rochelle.russell@usdoj.gov

*Attorneys for Defendant Lisa P. Jackson, Administrator of EPA*

**IT IS SO ORDERED**
Judge James Larson

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, | Case No. 09-cv-00152 SBA (JL) |
| Plaintiff, | |
| v. | **STIPULATED PROPOSAL TO GOVERN PROCEEDINGS** |
| LISA P. JACKSON, Administrator, United States Environmental Protection Agency, in her official capacity, | |
| Defendant. | |

Pursuant to the Court's Notice and Order filed on October 7, 2010, Dkt. 71, the parties to the above-entitled action, Plaintiff Sierra Club, Defendant Lisa P. Jackson, Administrator of the U.S. Environmental Protection Agency ("EPA"), and Defendant-Intervenors Association of Battery Recyclers, Inc. ("ABR") and American Forest & Paper Association ("AF&PA"), jointly submit this Stipulated Proposal to Govern Proceedings in advance of the status conference to be held before Magistrate Larson on November 10, 2010 at 10:30am. Because the only issue before the Court is the unopposed Joint Motion by Plaintiff and Defendant EPA to Enter Consent Decree ("Motion to Enter"), Dkt. 65, the parties agree that there is no current need for a briefing and hearing schedule or alternative resolution, and request that Magistrate Larson issue a report and recommendation on the Motion to Enter without argument. As background, the parties state as follows:

1. On September 27, 2010, Plaintiff and EPA filed a joint Motion to Enter a consent decree that will fully resolve Plaintiff's nondiscretionary duty claims against EPA in this Clean Air Act citizen suit. Dkt. 65. Briefly, the consent decree sets forth deadlines by which EPA must take certain actions under the Clean Air Act for 28 source categories of hazardous air pollutants. Dkt. 65-1. The consent decree also provides that Plaintiff is eligible and entitled to recover costs of litigation, including reasonable attorney fees, incurred prior to entry of the decree, and that Plaintiff and EPA must seek to resolve informally any claim for costs and fees. At the time of the filing of the Motion to Enter, Defendant-Intervenors had not yet stated a position on the motion.

2. Concurrent with the filing of the Motion to Enter, and pursuant to the Court's request, Plaintiff and EPA filed a stipulation and proposed order to refer matters related to the enforcement of the consent decree to a Magistrate Judge for findings and recommendations.

Dkt. 66. Specifically, the stipulation and proposed order provide that, once the consent decree is entered by the Court, the Magistrate Judge shall make findings and recommendations on any matters related to the enforcement of the consent decree, including requests for litigation costs and attorney fees (to the extent they are not otherwise settled). On September 30, 2010, the Court signed this order. Dkt. 67.

3. On October 6, 2010, the Court held a Case Management Conference to discuss the status of the Motion to Enter. Dkt. 72. Defendant-Intervenors informed the Court that they do not oppose the motion. The Court informed the parties that the Motion to Enter was referred to Magistrate Larson for a report and recommendation. Dkt. 72.

4. Defendant-Intervenors have filed Statements of Non-Opposition to the Motion to Enter. Dkts. 69 (ABR) and 70 (AF&PA).

5. On October 7, 2010, Magistrate Larson set a status conference for November 10, 2010 at 10:30am to establish a briefing schedule for issues referred by Judge Armstrong, and ordered the parties to file a joint proposal for a briefing and hearing schedule and to suggest alternatives for resolution of these issues if feasible. Dkt. 71.

**In light of the above, the parties propose the following to govern the unopposed Joint Motion by Plaintiff and Defendant EPA to Enter Consent Decree, Dkt. 65**:

1. The Motion to Enter is submitted to Magistrate Larson for a report and recommendation without argument.

2. Because there are currently no issues concerning enforcement of the consent decree, a briefing and hearing schedule to address such issues is unnecessary. In the event the Court enters the consent decree and issues concerning enforcement of the decree arise, the

parties will provide the Court with a proposed briefing and hearing schedule, pursuant to the consent decree and the Court's order thereon.

3. If Magistrate Larson intends to hold the status conference currently scheduled for November 10, 2010 at 10:30am, the parties respectfully request that this conference occur by telephone, if possible.  This would avoid the need for Counsel for parties to incur travel costs. Although Counsel are prepared to attend a status conference in person on November 10, 2010, if helpful to this Court, Counsel for Plaintiff have previously scheduled litigation and work-related deadlines for other matters that require their presence on the East Coast during the days and week prior to the scheduled conference that would make travel unusually difficult at the scheduled time.  Counsel for Defendant-Intervenor AF&PA also suggests that it would be burdensome to require in-person participation of counsel from Washington, D.C. at the status conference given the current posture of the case.  The parties believe that a telephone conference, if useful to this Court, would serve the interest of efficiency and avoid unnecessary delay in the Court's consideration of the Motion to Enter, while conserving the parties' resources.

Dated:  October 21, 2010                    Respectfully submitted,

COUNSEL FOR PLAINTIFF:

/s/ Emma C. Cheuse (by permission)
EMMA C. CHEUSE
(Appearing *Pro Hac Vice*, D.C. Bar No. 488201 )
JAMES S. PEW
(Appearing *Pro Hac Vice*, D.C. Bar No. 448830)
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, D.C. 20036
Tel: (202) 667-4500
Email: echeuse@earthjustice.org
Email: jpew@earthjustice.org

|   |   |   |
|---|---|---|
| 1 | | SARAH H. BURT (Cal. Bar No. 250378) |
| 2 | | Earthjustice<br>426 17th Street, 6th Floor |
| 3 | | Oakland, CA 94612<br>Tel: (510) 550-6700 |
|   | | Email: sburt@earthjustice.org |

*Attorneys for Plaintiff Sierra Club*

COUNSEL FOR DEFENDANT:   IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Attorney, U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6566
Email: rochelle.russell@usdoj.gov

*Attorney for Defendant EPA*

COUNSEL FOR DEFENDANT-INTERVENORS:

| /s/ Michael B. Wigmore (by permission) | /s/ Russell Frye (by permission) |
|---|---|
| MICHAEL B. WIGMORE | RUSSELL FRYE |
| (*Appearing Pro Hac Vice*) | (*Appearing Pro Hac Vice*) |
| Bingham McCutchen LLP | FryeLaw PLLC |
| 2020 K Street, NW | 1101 30th Street, NW, Suite 220 |
| Washington, D.C. 20006-1806 | Washington, D.C. 20007-3769 |
| Tel: (202) 373-6792 | Tel: (202) 572-8267 |
| Email: michael.wigmore@bingham.com | Email: rfrye@fryelaw.com |
| *Attorney for Defendant-Intervenor* | *Attorney for Defendant-Intervenor* |
| *Association of Battery Recyclers, Inc.* | *American Forest & Paper Association* |