AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

SIERRA CLUB

Plaintiff (s),

V.

LISA P. JACKSON, Administrator, United States Environmental Protection Agency, in her official capacity

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:09-CV-00152-SBA

FILED
JAN 3 1 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Notice is hereby given that, subject to approval by the court, Association of Battery Recylers, Inc. substitutes
(Party (s) Name)

Ryan D. Fischbach , State Bar No. 204406 as counsel of record in
(Name of New Attorney)

place of Erin Alysa Smart and Michael B. Wigmore.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Baker & Hostetler LLP

Address: 12100 Wilshire Boulevard, 15th Floor Los Angeles, CA 90025-7120

Telephone: 310.442.8808     Facsimile 310.880.8859

E-Mail (Optional): rfischbach@bakerlaw.com

I consent to the above substitution.

Date: January 20, 2011

ASSOCIATION OF BATTERY RECYLERS, INC.

_____
(Signature of Party (s))
Earl B. Cornette, Chairman

I consent to being substituted.

Date: January 20, 2011

BINGHAM McCUTCHEN LLP
/s/ Erin Alysa Smart
(Signature of Former Attorney (s))
Erin Alysa Smart

I consent to being substituted.

Date: January 20, 2011

BINGHAM McCUTCHEN LLP
/s/ Michael B. Wigmore
(Signature of Former Attorney (s))
Michael B. Wigmore

I consent to the above substitution.
Date: January 20, 2011

/s/ Ryan D. Fischbach
(Signature of New Attorney)
Ryan D. Fischbach, BAKER & HOSTETLER LLP

The substitution of attorney is hereby approved and so ORDERED.

Date: 1-31-11

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com