UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>    Plaintiff,<br><br>vs.<br><br>LISA P. JACKSON, Administrator,<br><br>    Defendant. | Case No: C 09-0152 SBA<br><br>**ORDER CONTINUING HEARING**<br><br>Dkt. 83 |

IT IS HEREBY ORDERED THAT The Doe Run Resources Corporation's motion to intervene is CONTINUED from September 13, 2011, to <u>October 4, 2011 at 1:00 p.m.</u> The Court, in its discretion, may resolve the motion without oral argument, in advance of the hearing date. Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b). The parties are advised to check the Court's website to determine whether a court appearance is required. No further submissions will be considered in connection with said motion. This Order terminates Docket 93.

IT IS SO ORDERED.

Dated: September 6, 2011

                                              _Saundra B Armstrong_
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge