1
2
3
4
5
6         UNITED STATES DISTRICT COURT
7       FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                OAKLAND DIVISION

9
10  SIERRA CLUB,                              Case No: C 09-0152 SBA

          Plaintiff,                         **ORDER CONTINUING HEARING**
11
       vs.                                   Dkt. 83
12
   LISA P. JACKSON, Administrator,
13
          Defendant.
14

15

16     IT IS HEREBY ORDERED THAT The Doe Run Resources Corporation's motion
17  to intervene is CONTINUED from September 13, 2011, to October 4, 2011 at 1:00 p.m.
18  The Court, in its discretion, may resolve the motion without oral argument, in advance of
19  the hearing date. Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b). The parties are advised to check
20  the Court's website to determine whether a court appearance is required. No further
21  submissions will be considered in connection with said motion. This Order terminates
22  Docket 93.
23     IT IS SO ORDERED.
24  Dated: September 6, 2011                  _____
                                              SAUNDRA BROWN ARMSTRONG
25                                            United States District Judge
26
27
28